# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN CARTER, JR., | CASE NO. 1:08-cv-01512-LJO-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| CAROL A. DALY, et al., | (Doc. 6.) |
| Defendants. | |

On October 29, 2008, Plaintiff Sherman Carter, Jr. filed a notice of voluntary dismissal. "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has filed an answer or other responsive pleading.

Accordingly, the Clerk of the Court is HEREBY ORDERED to close this action pursuant Plaintiff's notice of voluntary dismissal. (Doc. 6.)

IT IS SO ORDERED.

**Dated:   October 31, 2008**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE